PROB 12C
(6/16)

Report Date: October 1, 2020

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 01, 2020**

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

| | |
|---|---|
| Name of Offender: Jason M. Tittman | Case Number: 0980 2:16CR00093-RMP-2 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge | |
| Date of Original Sentence: June 6, 2018 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: Prison - 366 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Stephanie A. Van Marter | Date Supervision Commenced: March 24, 2020 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: March 23, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.
| **Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to contact the probation officer as instructed on September 21, September 28, and October 1, 2020.
| On March 25, 2020, the offender's conditions were reviewed telephonically due to the COVID-19 pandemic and he verbally acknowledged an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must report to the probation officer as instructed.
| On June 23, 2020, Mr. Tittman was instructed to contact the undersigned officer via telephone every Monday for a weekly check-in. He failed to contact the probation officer on September 21, and September 28, 2020, as instructed.

Prob12C
Re: Tittman, Jason M.
October 1, 2020
Page 2

Since September 16, 2020, the probation officer has left several voicemail messages and a text message instructing Mr. Tittman to make contact. Further, two voicemail messages were left with his roommate in an effort to reach him. After receiving no response, an appointment letter was mailed to his last known address instructing him to contact the probation officer via telephone on September 28, 2020, at 8 a.m. He failed to contact the probation officer on September 28, 2020, as instructed.

On September 30, 2020, the probation officer conducted a home visit at the offender's last known residence. Mr. Tittman was not present during the contact; however, the undersigned officer spoke with his roommates. His roommates informed this officer that the offender's belongings were in the home; however, he only stays there periodically. They also stated he told them he was in quarantine at an undisclosed location. The probation officer provided them with a business card, which contained instructions for Mr. Tittman to contact the undersigned on October 1, 2020, at 8 a.m. They advised they would provide this information to the offender if they had contact with him. Mr. Tittman failed to contact the probation officer on October 1, 2020, as instructed.

Mr. Tittman has made no known efforts to contact the U.S. Probation Office since September 15, 2020, and his whereabouts are currently unknown.

2    **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: The offender is alleged to have violated special condition number 2 by failing to attend treatment at Pioneer Human Services on August 20, September 10, September 11, September 17, and September 24, 2020.

On March 25, 2020, the offender's conditions were reviewed telephonically due to the COVID-19 pandemic and he verbally acknowledged an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must attend all required treatment sessions.

The probation officer received email correspondence from Pioneer Human Services indicating Mr. Tittman failed to attend group counseling sessions on August 20, September 10, September 17, and September 24, 2020. Additionally, he failed to attend a scheduled individual session on September 11, 2020.

3    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender is alleged to have violated special condition number 3 by failing to submit a valid urine specimen at Pioneer Human Services on September 2, 2020. Further, he failed to report to Pioneer Human Services for urinalysis testing on September 15, 2020.

Prob12C
**Re: Tittman, Jason M.**
**October 1, 2020**
**Page 3**

On March 25, 2020, the offender's conditions were reviewed telephonically due to the COVID-19 pandemic and he verbally acknowledged an understanding of his requirements. Specifically, the offender was made aware by his supervising officer that he must submit to urinalysis testing, as directed by the probation officer.

On September 3, 2020, the probation officer received notification from Pioneer Human Services indicating the offender reported to their facility to submit to urinalysis testing on September 2, 2020, however, he failed to provide a valid urine specimen.

On September 16, 2020, the probation officer received notification from Pioneer Human Services indicating the offender failed to report for urinalysis testing on September 15, 2020.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 1, 2020

s/ Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/1/2020
Date