PROB 12C
(6/16)

Report Date: January 29, 2021

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2021

SEAN F. McAVOY, CLERK

Name of Offender: Jason M. Tittman         Case Number: 0980 2:16CR00093-RMP-2

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 6, 2018

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 366 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: March 24, 2020 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: March 23, 2023 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/1/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Modified Condition**: Defendant shall participate in an inpatient substance abuse treatment program and any recommended aftercare. Defendant must follow the rules and regulations of the treatment program.<br><br>**Supporting Evidence**: The offender is alleged to have violated the modified condition, by being discharged unsuccessfully from Pioneer Center East (PCE) on January 29, 2021.<br><br>On December 29, 2020, Mr. Tittman appeared before the Court for a revocation hearing based on several violations of supervised release. At that time, the Court modified his conditions of supervision to include participation in inpatient treatment. Specifically, the Court ordered that he be released from custody on January 5, 2021, to be transported to PCE to participate in inpatient treatment.<br><br>On January 29, 2021, the probation officer was notified that Mr. Tittman was being discharged unsuccessfully from PCE effective this same date. His primary counselor, advised that the offender was being discharged from treatment based on his lack of motivation and lack of desire to change. According to his counselor, the offender stated he was only participating in treatment to appease his supervision requirements and he intended |

Prob12C
Re: Tittman, Jason M.
January 29, 2021
Page 2

to return to his criminal lifestyle when he is no longer on supervision. Further, she indicated that an intervention was attempted with the offender in an effort to invoke change in his attitude; however, the intervention proved to be unsuccessful.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 29, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

1/29/2021
Date