PROB 12C
(6/16)

Report Date: February 4, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2021

SEAN F. MCAVOY, CLERK

## Revised Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason M Tittman | Case Number: 0980 2:16CR00093-RMP-2 |
| Address of Offender: | Washington 99205 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 6, 2018

Original Offense:   Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 366 days;<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: March 24, 2020 | |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: March 23, 2023 | |

## PETITIONING THE COURT

**Please Note:** The original petition was filed with the Court on January 29, 2021. The purpose of this petition is to correct the violation number and to revise the violation alleged in the original petition.

It is respectfully recommended that the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on October 1, 2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**:  The offender is alleged to have violated special condition number 2 by being discharged unsuccessfully from Pioneer Center East (PCE) on January 29, 2021.<br><br>On March 25, 2020, the offender's conditions were reviewed telephonically due to the COVID-19 pandemic, and he verbally acknowledged an understanding of his requirements. Specifically, he was made aware by the supervising officer that he must enter and successfully complete an approved substance treatment program, which could include inpatient and aftercare upon further order of the Court. |

Prob12C
**Re: Tittman, Jason M.**
**February 4, 2021**
**Page 2**

On December 29, 2020, Mr. Tittman appeared before the Court for a revocation hearing based on several violations of supervised release. At that time, the Court ordered that he be released from custody on January 5, 2021, and transported to PCE to participate in and complete inpatient treatment.

On January 29, 2021, the probation officer was notified that Mr. Tittman was being discharged unsuccessfully from PCE effective this same date. His primary counselor, advised that the offender was being discharged from treatment based on his lack of motivation and lack of desire to change. According to his counselor, the offender stated he was only participating in treatment to appease his supervision requirements and he intended to return to his criminal lifestyle when he is no longer on supervision. Further, the counselor indicated that an intervention was attempted with the offender in an effort to invoke change in his attitude; however, the intervention proved to be unsuccessful.

The U.S. Probation Office respectfully recommends that Court accept the revised petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 4, 2021

s/ Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

2/4/2021
Date

**Re: Tittman, Jason M.**
**February 4, 2021**
**Page 4**

It is respectfully recommended that the Court accept the revised petition and report.

                                    Respectfully submitted,

                                    Matthew L. Thompson
                                    Chief U.S. Probation Officer

                          By: s/ Lori Cross               02/04/2021
                             Lori Cross                        Date
                             U.S. Probation Officer

APPROVED BY:

s/Richard Law                02/04/2021
Richard Law                  Date
Supervisory U.S. Probation Officer

LC:bvs