PROB 12C
(6/16)

Report Date: April 7, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason M. Tittman | Case Number: 0980 2:16CR00093-RMP-2 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 6, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 366 days<br>TSR - 36 days | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: June 6, 2018 | |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: March 23, 2023 | |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/1/2020, and 2/04/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 2, by failing to report to the probation officer as directed on March 22, March 29, April 5, and April 7, 2021.

On March 25, 2020, the offender's conditions were reviewed telephonically due to the COVID-19 pandemic, and he verbally acknowledged an understanding of his requirements. Specifically, the supervising officer made him aware that he must report to the probation officer as instructed.

On February 17, 2021, the probation officer instructed Mr. Tittman to contact this officer every Monday, via telephone, for a weekly check-in. Mr. Tittman failed to contact the undersigned on March 22, March 29, and April 5, 2021, as instructed.

On March 29, 2021, an appointment letter was mailed to Mr. Tittman's last known address instructing him to contact the undersigned via telephone on April 7, 2021, at 11 a.m. Mr. Tittman failed to contact the probation officer on this date.

Prob12C
Re: Tittman, Jason M.
April 7, 2021
Page 2

      The probation officer has made several attempts to contact the offender via telephone and text messages; however, he has failed to respond.

6     **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

    **Supporting Evidence**: The offender is alleged to have violated standard condition number 5, by failing to notify the probation officer of his change in residence on or about March 31, 2021.

    On March 25, 2020, the offender's conditions were reviewed telephonically due to the COVID-19 pandemic, and he verbally acknowledged an understanding of his requirements. Specifically, the supervising officer made him aware he must notify the probation officer within 72 hours of any changes to his living arrangements.

    On April 2, 2021, the probation officer attempted to contact Mr. Tittman at his last known residence, located at 1019 West Jackson Street, in Spokane, Washington. Two occupants of the residence informed the undersigned that Mr. Tittman left the residence approximately 2 days prior, with a bag of his belongings. On this same date, the probation officer spoke to the offender's friend who also resides in the home. His friend verified the above information.

    On April 7, 2021, this officer contacted Mr. Titman's friend to verify whether the offender had returned to his residence. He informed the probation officer that Mr. Tittman had not returned to the residence and he was unaware of his whereabouts.

7     **Special Condition #5**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

    **Supporting Evidence**: The offender is alleged to have violated special condition number 5, by failing to attend mental health counseling sessions on March 2, and March 16, 2021.

    On March 25, 2020, the offender's conditions were reviewed telephonically due to the COVID-19 pandemic, and he verbally acknowledged an understanding of his requirements. Specifically, the supervising officer made him aware that he must comply with the recommended mental health treatment program.

    On March 17, 2021, this officer received correspondence from Mr. Tittman's mental health provider, Robert Shepard, indicating the offender failed to attend his scheduled mental health sessions on March 2, and March 16, 2021.

8     **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved

substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** The offender is alleged to have violated special condition number 2 by failing to attend his scheduled substance abuse treatment sessions at Alcohol Drug Education Prevention & Treatment (ADEPT) on March 15, March 18, March 20, March 22, March 24, March 25, March 29, and March 31, 2021.

On March 25, 2020, the offender's conditions were reviewed telephonically due to the COVID-19 pandemic, and he verbally acknowledged an understanding of his requirements. Specifically, the supervising officer made him aware that he must comply with the recommended substance abuse treatment program.

On April 1, 2021, the probation officer contacted ADEPT to verify the offender's participation in intensive outpatient treatment. This officer was informed that Mr. Tittman failed to report for required group sessions on March 18, March 22, March 24, March 25, March 29, and March 31, 2021. Additionally, he failed to report for his scheduled individual sessions on March 15, and March 20, 2021.

9       **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** The offender is alleged to have violated special condition number 3, by failing to report to Pioneer Human Services (PHS) for urinalysis testing on March 22, and April 6, 2021.

On March 25, 2020, the offender's conditions were reviewed telephonically due to the COVID-19 pandemic, and he verbally acknowledged an understanding of his requirements. Specifically, the supervising officer made him aware that he must report for random urinalysis testing, as directed by the probation officer.

The undersigned received correspondence from PHS indicating the offender failed to report for urinalysis testing on March 22, and April 6, 2021.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/07/2021

s/ Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
**Re: Tittman, Jason M.**
**April 7, 2021**
**Page 4**

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

4/7/2021
_____
Date