PROB 12C
(6/16)

Report Date: August 18, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2022

SEAN F. McAVOY, CLERK

### Revised Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason M. Tittman | Case Number: 0980 2:16CR00093-RMP-2 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99260 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: June 6, 2018

Original Offense:       Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 366 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: March 24, 2020 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: March 23, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/1/2020, 01/29/2021, 02/4/2021, and 04/07/2021.

**Please Note:** The purpose of this petition is to reflect updated information regarding violation number 10, which was originally filed by the Court on November 4, 2021.

On March 25, 2020, the offender's conditions of supervision were reviewed telephonically due to the COVID-19 pandemic, and he verbally acknowledged an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers).<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1 and standard condition number 10, by committing the offense of First Degree Unlawful Possession of a Firearm, in violation of RCW 9.41.040(1)(A)-F (#37060), on or about November 1, 2021. |

Prob12C
Re: Tittman, Jason M.
August 18, 2022
Page 2

According to incident report number 2021-20188196, the Spokane Police Department was attempting to locate the offender due to his outstanding state and federal warrants. Through discussions with several individuals, it was learned that Mr. Tittman had been observed riding through the Hillyard area on a stolen green ATV. It was also alleged that he was armed with at least two handguns.

On November 1, 2021, a green ATV was observed in front of a "flop house" that Mr. Tittman was known to frequent. Thereafter, surveillance was performed on the residence and officers stopped a vehicle that was observed leaving the residence. The occupants of the vehicle were questioned by law enforcement and they confirmed the offender was inside the residence. They also indicated Mr. Tittman had been seen with a firearm.

Additional officers arrived on the scene, at which time emergency lights were activated and verbal announcements were made to inform the offender of law enforcement presence. It was also announced that Mr. Tittman was under arrest due to his outstanding warrants. Officers observed movement within the residence and Mr. Tittman was seen looking out the window; however, he refused to exit the home. Following more announcements by law enforcement, two individuals left the home and confirmed that Mr. Tittman was inside the home and was armed with a handgun.

After approximately 1 hour, Mr. Tittman began yelling out to the officers and a hostage negotiation team arrived on the scene. Contact was made with the offender via telephone and while he told officers he would exit the residence, he failed to do so. He eventually exited the residence without incident and was taken into custody.

Officers located a loaded black handgun in the basement, which had been reported stolen. Additionally, a second handgun was discovered in a backpack that was said to be the offender's. Mr. Tittman was thereafter arrested and taken into custody.

On April 25, 2022, the offender pled guilty in Spokane County Superior Court, case number 21-1-02676-32, to first degree unlawful possession of a firearm and was sentenced to imprisonment for a period of 101.5 months.

The U.S. Probation Office respectfully recommends the Court accept the revised petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 18, 2022

s/ Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
Re: Tittman, Jason M.
**August 18, 2022**
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

8/18/2022
Date